IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DR. JOAN YOUNG, ) | DOCKET NO. _____ |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| LABOURE COLLEGE, ) | **COMPLAINT** |
|     Defendant ) | |

1. Plaintiff is a natural person with a home address of 114 Cherry Street, West Newton, MA 02465.

2. Defendant is a college incorporation established under the laws of Massachusetts with a business address of 2120 Dorchester Avenue, Boston, MA 02124. Defendant is doing business at that address in the commonwealth of Massachusetts.

3. Plaintiff is a doctor and a DVM and was hired by Defendant to teach anatomy and physiology related courses, more specifically known as Anatomy and Physiology I Hybrid SPR-SUM 09 and Anatomy and Physiology II Hybrid SPR-SUM 09.

4. Plaintiff taught those courses in her capacity as an employee of Laboure College for a number of years prior to her retirement, which has occurred in the last year.

5. The work content of these courses was work material created solely by Plaintiff prior to her being an employee of Laboure College. Said creation of these courses was around and between 1990 and 1992.

6. Between 1990 and 1992, Plaintiff was working at a variety of colleges and working part-time at most.

LAW OFFICES OF
RICHARD S. WEISS
15 COURT SQUARE
BOSTON, MA 02108

(617) 742-2900

7. Commencing 1992 and 1993, Plaintiff began working part-time at Defendant College, Laboure College.

8. In 1993, Plaintiff changed her status to be a full-time employee of Laboure College.

9. The material and content of the above referenced courses was specifically created by Plaintiff prior to her being an employee at Defendant College.

10. Plaintiff's two courses as pleaded herein, Anatomy and Physiology I and II Hybrid, are the complete and sole ownership of the Plaintiff and have nothing to do with Defendant College, as they were created prior to the time that Plaintiff was hired to be an employee of Defendant College.

11. On January 27, 2010 an application on behalf of the plaintiff was made to the United States Copyright office for registration of the materials related to these two courses under case number 1-322365211.

12. Defendant College is using Anatomy and Physiology I Hybrid SPR-SUM 09 and Anatomy and Physiology II Hybrid SPR-SUM 09 to presently teach students matriculating at Laboure College.

13. Defendant College has neither sought permission from Plaintiff to use said courses, or offered Plaintiff any compensation for the use of said courses, which courses are her sole and complete property, as she has sole ownership of said property as she is the sole author of said property.

14. Plaintiff has made demand against Defendant College for compensation and remuneration for the use of her two courses stated herein, and Defendant has utterly refused to make any payment arrangements.

Law Offices of
Richard S. Weiss
15 Court Square
Boston, MA 02108

(617) 742-2900

## Claim for Relief

### Copyright Infringement

15. Plaintiff incorporates by reference the allegations of the above paragraphs numbers 1 through 14 of this Complaint.

16. Plaintiff applied for copyright registration on or about January 27, 2010 under case number 1-322365211, and has complied with all copyright laws and is the exclusive owner of the course materials referenced above for both courses, Anatomy and Physiology I and II Hybrid.

17. The Defendant College by continuing to use the course materials from both courses violated Plaintiff's exclusive right to use and distribute materials.

18. The Defendant was not authorized to use the materials after the Plaintiff retired from their employment and continued use was a violation of her exclusive rights to use, control and distribute the materials.

19. The Plaintiff has been harmed by the Defendant's unauthorized use of course materials and request damages and injunctive relief as provided for by US Code Title 17 §502 to prevent further infringement.

20. The Plaintiff also requests an order to impound and destroy any infringing materials and documents in the Defendant's possession related to the two courses as provided for by US Code Title 17 §503.

WHEREFORE, Plaintiff requests that this court enter the following findings, rulings and judgments:

Law Offices of
Richard S. Weiss
15 Court Square
Boston, MA 02108

(617) 742-2900

1. That this Court compensate Plaintiff for all monies that Defendant College has earned or made by the unauthorized use of Plaintiff's courses as pleaded herein.

2. That this Court order Defendant to cease and desist using Plaintiff's two courses in teaching said courses in the curriculum of Defendant's college and enjoin them from any further use.

3. That this Court find for damages on behalf of Plaintiff that willfully compensate her for the unauthorized use of the Plaintiff's courses by Defendant as pleaded herein.

4. That this Court order Defendant College to pay over to Plaintiff all monies and tuitions and other benefits and perks that Defendant College has made as a result of the unauthorized use of Plaintiff's property including.

5. That this Court require Defendant to pay restitution and disgorge any ill gotten gains associated with the use of the course materials and any other acts complained herein.

6. That this Court make any other ruling that it deems reasonable and just.

By her attorney,

*Richard S. Weiss* (signature)

Richard S. Weiss, Esq.
BBO#: 521300
Law Offices of Richard S. Weiss
15 Court Square, Suite 1000
Boston, MA 02108
617-742-2900

Dated: 2/5/10